IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EVA BULLARD,                    )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )        2:05cv008-T
                                )           (WO)
MIKE FINLEY,                    )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Mike Finley's motion for summary judgment (Doc. No. 18) is granted.

(2) Judgment is entered in favor of defendant Finley and against plaintiff Eva Bullard, with plaintiff Bullard taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Bullard, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 29th day of December, 2005.**

             /s/ Myron H. Thompson             
        **UNITED STATES DISTRICT JUDGE**